**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MASSACHUSETTS

Case number *(if known)* _____    Chapter **7**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Amino, LLC** |
| **2.** | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  Nonna's Italian Bar & Grill** <br> **DBA  Nonna's Ristorante** |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **47-1208436** |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business** <br><br> **469 Moody Street** <br> **Waltham, MA 02453** <br> Number, Street, City, State & ZIP Code <br><br> **Middlesex** <br> County | **Mailing address, if different from principal place of business** <br><br> _____ <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> _____ <br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Debtor **Amino, LLC** _____ Case number (*if known*)_____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Official Form 201         **Voluntary Petition for Non-Individuals Filing for Bankruptcy**         page 2

Debtor **Amino, LLC** _____ Case number (*if known*) _____
    Name

**11. Why is the case filed in *this district*?**  *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**  *Check one:*

- ☐ Funds will be available for distribution to unsecured creditors.
- ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Amino, LLC**     Case number (*if known*) _____
Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 13, 2016**
                  MM / DD / YYYY

**X /s/ Aziza Gaydos**                        **Aziza Gaydos**
Signature of authorized representative of debtor        Printed name

Title    **Member/Manager**

**18. Signature of attorney**

**X /s/ David Crossley**                    Date   **July 13, 2016**
Signature of attorney for debtor                                 MM / DD / YYYY

**David Crossley**
Printed name

**CROSSLEY LAW OFFICES**
Firm name

**448 Concord Street**
**Framingham, MA 01702**
Number, Street, City, State & ZIP Code

Contact phone   **(508) 655-6085**      Email address   **crossleylaw@yahoo.com**

**648197**
Bar number and State

# United States Bankruptcy Court
### District of Massachusetts

In re  **Amino, LLC**  
Debtor(s)

Case No.  
Chapter  **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Member/Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **July 13, 2016**

**/s/ Aziza Gaydos**  
**Aziza Gaydos**/**Member/Manager**  
Signer/Title

```
A. Russo & Sons, Inc.
560 Pleasant Street
Watertown, MA 02472

Alba Market & Bakery
248 Moody St
Waltham, MA 02453

Aziza Gaydos
c/o Amino LLC
469 Moody Street
Waltham, MA 02453

Brelundi
16 Felton St
Waltham, MA 02453

Cambridge Packing Company, Inc.
41 Foodmart Rd
Boston, MA 02118

Coca-Cola Enterprises, Inc.
95 Pleasant Valley Pkwy
Providence, RI 02908

COMCAST
PO BOX 1577
Newark, NJ 07101

DirectTV
PO BOX 6550
Englewood, CO 80155

EVERSOURCE
PO BOX 660369
Dallas, TX 75266

Falvey Linen
88 Tolland Street
East Hartford, CT 06108

HANNAFORD BROS
145 Pleasant Hill Rd
Scarborough, ME 04074

Home Depot
PO Box 182564
Columbus, OH 43218

John Accardi & Sons, Inc.
85 Commercial St
Medford, MA 02155
```

```
Law Office of Enzo Finelli
200 Highland Avenue, Suite 306
Needham Heights, MA 02494

Lenox-Martell, Inc.
89 Heath St
Jamaica Plain, MA 02130

Liberty Mutual Insurance
PO Box 2051
Keene, NH 03431

Martignetti Companies
975 University Ave
Norwood, MA 02062

MASS. D.O.R.
PO BOX 7089
Boston, MA 02204

Michienzie & Sawin, LLC
745 Boylston Street
Boston, MA 02116

NATIONAL GRID
PO BOX 11737
Newark, NJ 07101

Packard Paper
124 Turnpike St
West Bridgewater, MA 02379

Quality Pest Control
880 Moody Street
Waltham, MA 02453

R&A Realty Trust and Ralph P. Amelia
1 Lisa Lane
Waltham, MA 02452

Restaurant Depot
1524 132nd St
College Point, NY 11356

Sysco
1390 Enclave Parkway
Houston, TX 77077

The Hartford
PO Box 660916
Dallas, TX 75266

Twinbrook Insurance Brokerage, Inc.
400A Franklin Street
Braintree, MA 02184
```

```
Waste Management
1001 Fannin Street
Houston, TX 77002

Worldpay
600 Morgan Falls Road
Atlanta, GA 30350
```