**Fill in this information to identify the case:**

Debtor name   **Amino, LLC**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known)   **16-12670**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration   **Statement of Business Income and Expenses**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July 26, 2016**          X **/s/ Aziza Gaydos**
                                         Signature of individual signing on behalf of debtor

                                         **Aziza Gaydos**
                                         Printed name

                                         **Member/Manager**
                                         Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     **Amino, LLC**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known)    **16-12670**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*.................................................................................................    $                 **0.00**

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*..............................................................................................    $      **307,053.95**

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*................................................................................................    $      **307,053.95**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $      **319,693.44**

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $              **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................    +$      **199,592.62**

4.    Total liabilities ......................................................................................................................
    Lines 2 + 3a + 3b    $      **519,286.06**

**Fill in this information to identify the case:**

Debtor name  **Amino, LLC**

United States Bankruptcy Court for the:  DISTRICT OF MASSACHUSETTS

Case number (if known)  **16-12670**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

     ☐ No. Go to Part 2.
     ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Citizens Payroll Account** | **Checking** | **4242** | $339.62 |
| 3.2. | **Citizens Tax Account** | **Checking** | **4234** | $22.75 |
| 3.3. | **Citizens Operating Account** | **Checking** | **5252** | $811.58 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

|  |
|---|
| $1,173.95 |

**Part 2:**     **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

     ■ No. Go to Part 3.
     ☐ Yes Fill in the information below.

**Part 3:**     **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

| Debtor | **Amino, LLC** | | Case number *(If known)* **16-12670** |
|---|---|---|---|
| | Name | | |

☑ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** **Raw materials** | | | | |
| **20.** **Work in progress** | | | | |
| **21.** **Finished goods, including goods held for resale** | | | | |
| **22.** **Other inventory or supplies** **Remaining alcohol on restaurant premises (both opened ann unopened bottles) estimated at $3500; Remaining non-perishable food on restaurant premises estimated at $1000.** | late June 2016 | $0.00 | N/A | $4,500.00 |

**23.** **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

| $4,500.00 |
|---|

**24.** **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

| Debtor | **Amino, LLC** | Case number *(If known)*  **16-12670** |
|---|---|---|
| | Name | |

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.**    **Office furniture** | | | |
| **40.**    **Office fixtures** <br> **Lighting system (LED lights and fixtures).** <br><br> Debtor believes the above may constitute collateral under the Security Agreement for the signed P-note with R&A Realty Trust. | $0.00 | Recent cost | $10,000.00 |
| **TVs and TV racks (3 of each).** <br><br> Debtor believes the above may constitute collateral under the Security Agreement for the signed P-note with R&A Realty Trust. | $0.00 | Recent cost | $2,175.00 |
| **41.**    **Office equipment, including all computer equipment and communication systems equipment and software** <br> **300 glasses ($600); 60 tables ($1000); 98 chairs ($1960); 20 barstools ($600); 200 plates ($600); 75 bowls ($150); 100 appetizer plates ($150); 200 little plates ($300); 40 dipping dishes ($80); 40 bread baskets ($120); 200 spoons ($200); 200 forks ($200); 200 knives ($200); 20 steak knives ($40); 12 coffee spoons ($6); 24 coffee mugs ($24); 24 cappuccino cups ($24); 24 espresso cups ($24); 20 frying pans ($300); 8 cook pots ($200); 36 assorted chef's utensils ($150); 30 portraits on the wall ($60); 5 CO2 tanks ($500); 1 granite countertop for bar ($9000); 1 wood structure for bar ($10000); 2 glasses racks ($1000).** <br><br> Debtor believes the above may constitute collateral under the Security Agreement for the signed P-note with R&A Realty Trust. | $0.00 | Recent cost | $27,440.00 |
| **LavAzza/WEGA LB 2811 Curtis Thermocraft Brewer Cappuccino Machine (debtor leased this machine from LavAzza and believes that LavAzza retains a security interest in same. Listed here for disclosure purposes only. Estimated value $9300).** | $0.00 | | $9,300.00 |
| **4 computers (point of sale system) ($8000); 4 printers ($600); misc computer equipment ($500); 3 filing cabinets ($150); 1 office desk ($200); 3 office chairs ($60); office shelf system ($80).** | $0.00 | Recent cost | $9,590.00 |

| Debtor | **Amino, LLC** | | Case number *(If known)* **16-12670** |
| | Name | | |

| | | | |
|---|---|---|---|
| **Debtor believes the above may constitute collateral under the Security Agreement for the signed P-note with R&A Realty Trust.** | | | |
| **3 CO2 tanks (debtor obtained these from Lenox-Martell and believes that Lenox-Martell retains a security interest in same. Listed here for disclosure purposes only. Estimated value $500).** | $0.00 | N/A | $500.00 |
| **500 napkins; 10 aprons; 4 mopheads (debtor obtained these from Falvey Linens and believes that Falvey Linens retains a security interest in same. Listed here for disclosure purposes only. Unknown value).** | $0.00 | N/A | Unknown |
| **Artwork left at building premises by prior tenant. Listed for disclosure purposes only. Estimated value $4000.** **Glasswear, dishwear and equipment left at building premises by prior tenant. Listed for disclosure purposes only. Estimated value $2000.** | $0.00 | N/A | $2,000.00 |
| **2 beverage fridges; 1 two gun soda dispenser system; 1 fountain soda dispenser system (debtor obtained these from Coca-Cola Beverages and believes that Coca-Cola Beverages retains a security interest in same. Listed here for disclosure purposes only. Estimated value $1000).** **Coca-Cola Beverages** **521 Lake Kathy Drive** **Brandon, FL 33510** | $0.00 | N/A | $1,000.00 |
| **6 shelves ($300); 2 kitchen printers ($300); 1 additional TV with stand ($575); 6 metal flower racks ($120); 1 hostess stand ($500); 1 water fountain ($3600); 5 pumps for fountain ($150); 2 chandeliers ($350); 1 large wall mirror ($400); 4 candle holders ($80); 4 flower pots ($300); 1 waiter station ($800); 2 wine glass racks at waiter station ($100); 1 dough machine ($5500); Asian chairs in restaurant ($300); Asian chairs in office ($500); vanity in women's bathroom ($2800); vanity in men's bathroom ($700).** **Debtor believes the above may constitute collateral under the Security Agreement for the signed P-note with R&A Realty Trust.** | $0.00 | Recent cost | $17,375.00 |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Amino, LLC** | Case number *(If known)* **16-12670** |
|---|---|---|
| | Name | |

**43.** **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

$79,380.00

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

---

**Part 8:**     **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.**    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.**    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.**    **Aircraft and accessories** | | | |
| **50.**    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**16 burner gas stove (1); 4 burner gas stove (1); pizza oven (1); double convection oven (1); deep fryers (3); walk-in freezer (1); walk-in fridge (1); dishwashing machine (1); glassware quick-wash dishwashing machine (1); 6 tap beer dispenser system and lines (1).**<br><br>**Debtor believes the above may constitute collateral under the Security Agreement for the signed P-note with R&A Realty Trust.** | **$0.00** | **Recent cost** | **$72,000.00** |

**51.** **Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

$72,000.00

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

---

**Part 9:**     **Real property**

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      

| Debtor | Amino, LLC | Case number *(If known)* 16-12670 |
|---|---|---|
| | Name | |

## Part 10:   Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** | | | |
| 62.    **Licenses, franchises, and royalties** **Liquor license issued by the Town of Waltham, MA.  Debtor purchased license for $125,000 from prior restaurant on the premises (Erwin of Siam).  Debtor's manager was recently informed by a representative of the Waltham Liquor License Board that the license was worth $150,000.  On June 30, 2016 the debtor's manager was offered $110,000 for the sale of the liquor license by a representative (named Patricia) from Gustazo, which is also located in Waltham, MA).** **Debtor believes the above may constitute collateral under the Security Agreement for the signed P-note with R&A Realty Trust and/or a liquor license lien perfected through filings with the Town of Waltham, MA and the Mass ABCC.** | **Unknown** | **N/A** | **$150,000.00** |
| 63.    **Customer lists, mailing lists, or other compilations** | | | |
| 64.    **Other intangibles, or intellectual property** | | | |
| 65.    **Goodwill** | | | |

66.    **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | $150,000.00 |
|---|---|

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
   ■ No
   ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ■ No
   ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

## Part 11:   All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Amino, LLC**                                                    Case number *(If known)*  **16-12670**
_____
Name

■ Yes Fill in the information below.

|  | | Current value of debtor's interest |
|---|---|---|

71.     **Notes receivable**
Description (include name of obligor)

72.     **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73.     **Interests in insurance policies or annuities**

74.     **Causes of action against third parties (whether or not a lawsuit
has been filed)**

75.     **Other contingent and unliquidated claims or causes of action of
every nature, including counterclaims of the debtor and rights to
set off claims**

76.     **Trusts, equitable or future interests in property**

77.     **Other property of any kind not already listed** *Examples:* Season tickets,
country club membership
**Debtor is entitled to a credit for liquor which was
returned to:
Horizon Beverage Company
45 Commerce Way
Norton, MA 02766
Debtor's Manager has attempted to ascertain the
amount of the credit due from Horizon but Horizon has
not replied to this request.**                                          **Unknown**

78.     **Total of Part 11.**                                              **$0.00**
Add lines 71 through 77. Copy the total to line 90.

79.     **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor    **Amino, LLC**
_____    Case number *(If known)* **16-12670**
        Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,173.95 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $4,500.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $79,380.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $72,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .......................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $150,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $307,053.95 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $307,053.95 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      **Amino, LLC**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known)    **16-12670**

☐ Check if this is an
   amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

| 2.1 | **R&A Realty Trust and Ralph P. Amelia** | | $131,893.44 | $150,000.00 |
|---|---|---|---|---|

Creditor's Name

**1 Lisa Lane
Waltham, MA 02452**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
2015/2016**
**Last 4 digits of account number
None**
**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. R&A Realty Trust and Ralph P. Amelia
2. R&A Realty Trust and Ralph P. Amelia
3. R&A Realty Trust and Ralph P. Amelia**

**Describe debtor's property that is subject to a lien**
**Commercial Lease Payments (past due).
Security:
Liquor license issued by the Town of Waltham, MA.**

**Describe the lien**
**Security Agreement**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

| 2.2 | **R&A Realty Trust and Ralph P. Amelia** | | $180,000.00 | $150,000.00 |
|---|---|---|---|---|

Creditor's Name

**1 Lisa Lane
Waltham, MA 02452**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Promissory Note and Loan
Security:
Liquor license issued by the Town of Waltham, MA.**

**Describe the lien**
**Security Agreement**
**Is the creditor an insider or related party?**
☑ No

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Amino, LLC | Case number (if known) | 16-12670 |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**2015/2016**

☐ No

**Last 4 digits of account number**
**None**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ No

☐ Contingent

■ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

**Specified on line 2.1**

■ Disputed

---

| 2.3 | **R&A Realty Trust and Ralph P. Amelia** | Describe debtor's property that is subject to a lien | $7,800.00 | $150,000.00 |
|---|---|---|---|---|

Creditor's Name

**Promissory Note (interest payments - Past Due)**
**Security:**
**Liquor license issued by the Town of Waltham, MA.**

**1 Lisa Lane**
**Waltham, MA 02452**

Creditor's mailing address

**Describe the lien**
**Security Agreement**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**2015/2016**

■ No

**Last 4 digits of account number**
**None**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ No

☐ Contingent

■ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

**Specified on line 2.1**

■ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $319,693.44 |
|---|---|---|

**Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Law Office of Enzo Finelli**<br>**200 Highland Avenue, Suite 306**<br>**Needham Heights, MA 02494** | Line __2.1__ | |
| **Law Office of Enzo Finelli**<br>**200 Highland Avenue, Suite 306**<br>**Needham Heights, MA 02494** | Line __2.2__ | |
| **Law Office of Enzo Finelli**<br>**200 Highland Avenue, Suite 306**<br>**Needham Heights, MA 02494** | Line __2.3__ | |

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 2 of 3

| Debtor | **Amino, LLC** | Case number (*if know*) | **16-12670** |
|---|---|---|---|
| | Name | | |

| | |
|---|---|
| **Michienzie & Sawin, LLC**<br>**745 Boylston Street**<br>**Boston, MA 02116** | Line __2.1__ |
| **Michienzie & Sawin, LLC**<br>**745 Boylston Street**<br>**Boston, MA 02116** | Line __2.2__ |
| **Michienzie & Sawin, LLC**<br>**745 Boylston Street**<br>**Boston, MA 02116** | Line __2.3__ |

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 3

**Fill in this information to identify the case:**

Debtor name   **Amino, LLC**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known)   **16-12670**

☐ Check if this is an
amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$800.00** |
|---|---|---|---|

**A. Russo & Sons, Inc.**
**560 Pleasant Street**
**Watertown, MA 02472**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **2016**

Basis for the claim:   **Unpaid Invoice(s)**

Last 4 digits of account number   **unknown**

Is the claim subject to offset?   ☑ No   ☐ Yes

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,637.72** |
|---|---|---|---|

**AMERICAN EXPRESS**
**PO BOX 1270**
**Newark, NJ 07101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **2016**

Basis for the claim:   **Credit Card Purchases**

Last 4 digits of account number   **1001**

Is the claim subject to offset?   ☑ No   ☐ Yes

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$348.00** |
|---|---|---|---|

**Anheuser Busch, LLC/Budweiser**
**One Busch Place**
**Saint Louis, MO 63118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **2016**

Basis for the claim:   **Unpaid Invoice(s)**

Last 4 digits of account number   **unknown**

Is the claim subject to offset?   ☑ No   ☐ Yes

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22,677.00** |
|---|---|---|---|

**Aziza Gaydos**
**c/o Amino LLC**
**469 Moody Street**
**Waltham, MA 02453**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **2015 and 2016**

Basis for the claim:   **Personal Loans**
**(cash payments to LLC to cover Payroll)**
**Series of personal loans from Ms. Gaydos to the LLC in the form of**
**cash payments necessary to cover the LLCs weekly payroll at**
**different points in time.**

Last 4 digits of account number   **None**

Is the claim subject to offset?   ☑ No   ☐ Yes

| Debtor | **Amino, LLC** | Case number *(if known)* | **16-12670** |
|---|---|---|---|
| | Name | | |

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$333.00**

**Burke Distributing Company**
**89 Teed Drive**
**Randolph, MA 02368**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

**Basis for the claim:**  **Unpaid Invoice(s)**

Last 4 digits of account number  **unknown**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,231.57**

**Cambridge Packing Company, Inc.**
**41 Foodmart Rd**
**Boston, MA 02118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

**Basis for the claim:**  **Unpaid Invoice(s)**

Last 4 digits of account number  **unknown**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$369.79**

**COMCAST**
**PO BOX 1577**
**Newark, NJ 07101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

**Basis for the claim:**  **Unpaid Invoice(s) (Past Due)**
**Debtor rejects Executory Contract (See also, Schedule G and**
**Statement of Intention - Form 108)**

Last 4 digits of account number  **cct1**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**COMCAST**
**PO BOX 1577**
**Newark, NJ 07101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

**Basis for the claim:**  **Executory Contract Payments (Future)**
**Executory K for approx 1 more year. Amount of future payments due**
**unknown. Debtor rejects Exec K and does not assume same (See**
**also, Schedule G). Atty fees, cost, exp, interest also hereby**
**discharged.**

Last 4 digits of account number  **cct1**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

**COMCAST**
**PO BOX 1577**
**Newark, NJ 07101**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2016**

**Basis for the claim:**  **Unpaid Invoice(s) (Past Due)**
**Debtor rejects Executory Contract (See also, Schedule G and**
**Statement of Intention - Form 108)**

Last 4 digits of account number  **cct2**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**COMCAST**
**PO BOX 1577**
**Newark, NJ 07101**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2016**

**Basis for the claim:**  **Executory Contract Payments (Future)**
**Executory K for approx 1 more year. Amount of future payments due**
**unknown. Debtor rejects Exec K and does not assume same (See**
**also, Schedule G). Atty fees, cost, exp, interest also hereby**
**discharged.**

Last 4 digits of account number  **cct2**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Amino, LLC** | | Case number (if known) | **16-12670** |
|---|---|---|---|---|
| | Name | | | |

---

**3.11** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**DirectTV**
**PO BOX 6550**
**Englewood, CO 80155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Basis for the claim:  **Executory Contract Payments (Future)**
**Executory K for approx 1 more year. Amount of future payments due**
**unknown. Debtor rejects Exec K and does not assume same (See**
**also, Schedule G). Atty fees, cost, exp, interest also hereby**
**discharged.**

Last 4 digits of account number  **unknown**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,650.29**

**EVERSOURCE**
**PO BOX 660369**
**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Basis for the claim:  **Utility Bills**

Last 4 digits of account number  **0515**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$237.01**

**Falvey Linen**
**88 Tolland Street**
**East Hartford, CT 06108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Basis for the claim:  **Unpaid Invoice(s)**

Last 4 digits of account number  **unknown**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$22.00**

**Lenox-Martell, Inc.**
**89 Heath St**
**Jamaica Plain, MA 02130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Basis for the claim:  **Unpaid Invoice**

Last 4 digits of account number  **unknown**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,402.40**

**Liberty Mutual Insurance**
**PO Box 2051**
**Keene, NH 03431**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2016**

Basis for the claim:  **Unpaid Premiums**

Last 4 digits of account number  **4678**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$161.60**

**Liberty Mutual Insurance**
**PO Box 2051**
**Keene, NH 03431**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2016**

Basis for the claim:  **Unpaid Premiums**

Last 4 digits of account number  **4678**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$133.12**

**Martignetti Companies**
**975 University Ave**
**Norwood, MA 02062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Basis for the claim:  **Unpaid Invoice(s)**

Last 4 digits of account number  **unknown**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Amino, LLC | Case number (if known) | 16-12670 |
|---|---|---|---|
| | Name | | |

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $641.79 |

**MASS. D.O.R.**
**PO BOX 7089**
**Boston, MA 02204**

Date(s) debt was incurred  **2016**

Last 4 digits of account number  **8003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Tax**
**(Unemployment Comp)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,513.36 |

**MASS. D.O.R.**
**PO BOX 7089**
**Boston, MA 02204**

Date(s) debt was
incurred  **May 2016 and June 2016**

Last 4 digits of account number  **unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Tax**
**(Meals Tax)**
**May 2016 $2905.73**
**June 2016 $1607.63**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,800.00 |

**NATIONAL GRID**
**PO BOX 11737**
**Newark, NJ 07101**

Date(s) debt was incurred  **2016**

Last 4 digits of account number  **unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility Bills**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |

**Original Gourmet Creations, Inc.**
**15 Garfiled Ave**
**Somerville, MA 02145**

Date(s) debt was incurred  **2016**

Last 4 digits of account number  **unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Invoice(s)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $140.00 |

**Quality Pest Control**
**880 Moody Street**
**Waltham, MA 02453**

Date(s) debt was incurred  **2016**

Last 4 digits of account number  **unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150,000.00 |

**R&A Realty Trust and Ralph P. Amelia**
**1 Lisa Lane**
**Waltham, MA 02452**

Date(s) debt was incurred  **2015/2016**

Last 4 digits of account number  **None**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Loans and/or Gifts to LLC**
**In 2015 creditor through Ralph Amelia provided approx. $150,000 in**
**loans and/or gifts to Debtor.  No discussion ever occurred between**
**Debtor's Manager and Mr. Amelia as to exact nature.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Amino, LLC | Case number (if known) | 16-12670 |
|---|---|---|---|
| | Name | | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,815.88 |
|---|---|---|---|

**Sysco**
**1390 Enclave Parkway**
**Houston, TX 77077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Last 4 digits of account number **unknown**

Basis for the claim: **Unpaid Invoice(s)**

Is the claim subject to offset? ■ No ☐ Yes

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $462.60 |
|---|---|---|---|

**The Hartford**
**PO Box 660916**
**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2015/2016**

Last 4 digits of account number **6568**

Basis for the claim: **Unpaid Premiums
(Workers Comp Insurance)**

Is the claim subject to offset? ■ No ☐ Yes

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $615.49 |
|---|---|---|---|

**Waste Management**
**1001 Fannin Street**
**Houston, TX 77002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Last 4 digits of account number **unknown**

Basis for the claim: **Unpaid Invoice(s)**

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **AECOM**<br>**66 Long Wharf**<br>**Boston, MA 02110** | Line **3.12**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Law Office of Enzo Finelli**<br>**200 Highland Avenue, Suite 306**<br>**Needham Heights, MA 02494** | Line **3.23**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Michienzie & Sawin, LLC**<br>**745 Boylston Street**<br>**Boston, MA 02116** | Line **3.23**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Twinbrook Insurance Brokerage, Inc.**<br>**400A Franklin Street**<br>**Braintree, MA 02184** | Line **3.15**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Twinbrook Insurance Brokerage, Inc.**<br>**400A Franklin Street**<br>**Braintree, MA 02184** | Line **3.16**<br>☐ Not listed. Explain ____ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |

| Debtor | **Amino, LLC** | | Case number (if known) | **16-12670** |
| --- | --- | --- | --- | --- |
| | Name | | | |

**5b. Total claims from Part 2**  5b. + $                    199,592.62

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.  5c. $                    199,592.62

**Fill in this information to identify the case:**

Debtor name    **Amino, LLC**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known)    **16-12670**

☐ Check if this is an
amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal       Property*
     (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Internet and Phone system Executory Contract (Future) - Two (2) year contract which began in 2015.  Future payments owed under this executory contract will be discharged. Debtor rejects this executory contract and does not assume same (and see Statement of Intention - Official Form 108).** | |
| State the term remaining | **approx. 1 year** | |
| List the contract number of any government contract | | **COMCAST PO BOX 1577 Newark, NJ 07101** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Satellite TV system Executory Contract (Future) - Two (2) year contract which began in 2015.  Future payments owed under this executory contract will be discharged. Debtor rejects this executory contract and does not assume same (and see Statement of Intention - Official Form 108).** | |
| State the term remaining | **approx. 1 year** | |
| List the contract number of any government contract | | **DirectTV PO BOX 6550 Englewood, CO 80155** |

| Debtor 1 | **Amino, LLC** | | | Case number *(if known)* | **16-12670** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease Payments (Future) Lease signed 7/1/2014 and continues through 6/30/2019. Estimated future lease payments owed are $465,600. Debtor rejects lease and does not assume same. To the extent that it is deemed necessary for Debtor to do so, it hereby oficially surrenders the premises to creditor, R&A Realty Trust and Ralph P. Amelia, consistent with the debtor's assent to the creditor's MFRS.** | |
|---|---|---|---|
| | State the term remaining | **3 years** | |
| | List the contract number of any government contract | | **R&A Realty Trust and Ralph P. Amelia**<br>**1 Lisa Lane**<br>**Waltham, MA 02452** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Amino, LLC**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known)    **16-12670**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|
| 2.1 | | Street | | | ☐ D  ☐ E/F  ☐ G |
| | | City          State          Zip Code | | | |
| 2.2 | | Street | | | ☐ D  ☐ E/F  ☐ G |
| | | City          State          Zip Code | | | |
| 2.3 | | Street | | | ☐ D  ☐ E/F  ☐ G |
| | | City          State          Zip Code | | | |
| 2.4 | | Street | | | ☐ D  ☐ E/F  ☐ G |
| | | City          State          Zip Code | | | |

**Fill in this information to identify the case:**

Debtor name    **Amino, LLC**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known)    **16-12670**

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    **04/16**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2016** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$-49,821.54** |
   | **For prior year:**<br>From  **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | **$9,290.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|---|
   | 3.1. | **Sysco**<br>**1390 Enclave Parkway**<br>**Houston, TX 77077** | **June 1, 8, 10, 20; May 16, 23; April 12, 27** | **$15,081.07** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    **Amino, LLC**                                                                    Case number *(if known)*  **16-12670**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.2.  **Worldpay**<br>**600 Morgan Falls Road**<br>**Atlanta, GA 30350** | **June 3, 27;**<br>**May 3; April**<br>**4** | **$7,185.39** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.3.  **Cambridge Packing Company, Inc.**<br>**41 Foodmart Rd**<br>**Boston, MA 02118** | **June 14 x2;**<br>**May 16, 25,**<br>**April 5, 26** | **$7,859.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **Aziza Gaydos**<br>**c/o Amino LLC**<br>**469 Moody Street**<br>**Waltham, MA 02453**<br>**Member/Manager** | **June 3 x2;**<br>**June 14; May**<br>**13, 19, 24;**<br>**April 1, 11** | **$15,200.00** | **personal loan(s)**<br>**reimbursements** |

5.  **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

Debtor   **Amino, LLC**                                                   Case number *(if known)*  **16-12670**

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   **R&A Realty Trust  v.  Amino, LLC d/b/a/ Nonna's Ristorante unknown summary process eviction** | **Summary Process Eviction** | **Waltham District Court<br>38 Linden Street<br>Waltham, MA 02452** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

**11.  Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.   **CROSSLEY LAW OFFICES<br>448 Concord Street<br>Framingham, MA 01702** | **Attorney Fees** | **7/5/2016** | **$4,500.00** |
| **Email or website address<br>crossleylaw@yahoo.com** | | | |
| **Who made the payment, if not debtor?** | | | |

---

**12.  Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

Debtor    **Amino, LLC**                                                    Case number *(if known)* **16-12670**

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

Debtor    **Amino, LLC**                                                    Case number *(if known)* **16-12670**

---

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

Debtor    **Amino, LLC**                                                     Case number *(if known)*  **16-12670**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
|  |  |  |  |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
|  |  |  |  |

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|
|  |  |  |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **FB Financial**<br>**Rony Figueroa (accountant)**<br>**166 Arthur Street**<br>**Framingham, MA 01702** | **2015** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement
within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
|  |  |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial
statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
|  |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

Debtor   **Amino, LLC**                                                                     Case number *(if known)*  **16-12670**

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Aziza Gaydos | c/o Amino LLC<br>469 Moody Street<br>Waltham, MA 02453 | sole Member/Manager of the LLC | 100 |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1<br>. | Aziza Gaydos<br>c/o Amino LLC<br>469 Moody Street<br>Waltham, MA 02453 | See, SOFA line 4 above. | See, SOFA line 4 above. | loans to LLC |
| | Relationship to debtor<br>sole Member/Manager | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Debtor    **Amino, LLC**                                                Case number *(if known)*  **16-12670**

---

**Part 14:**   Signature and Declaration

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 26, 2016**

**/s/ Aziza Gaydos**                                        **Aziza Gaydos**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Member/Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

# United States Bankruptcy Court
## District of Massachusetts

In re    **Amino, LLC**        Case No.   **16-12670**

             Debtor(s)      Chapter   **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Member/Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **July 26, 2016**            **/s/ Aziza Gaydos**

                                        **Aziza Gaydos/Member/Manager**
                                        Signer/Title

A. Russo & Sons, Inc.
560 Pleasant Street
Watertown, MA 02472

AECOM
66 Long Wharf
Boston, MA 02110

AMERICAN EXPRESS
PO BOX 1270
Newark, NJ 07101

Anheuser Busch, LLC/Budweiser
One Busch Place
Saint Louis, MO 63118

Aziza Gaydos
c/o Amino LLC
469 Moody Street
Waltham, MA 02453

Burke Distributing Company
89 Teed Drive
Randolph, MA 02368

Cambridge Packing Company, Inc.
41 Foodmart Rd
Boston, MA 02118

COMCAST
PO BOX 1577
Newark, NJ 07101

DirectTV
PO BOX 6550
Englewood, CO 80155

EVERSOURCE
PO BOX 660369
Dallas, TX 75266

Falvey Linen
88 Tolland Street
East Hartford, CT 06108

Law Office of Enzo Finelli
200 Highland Avenue, Suite 306
Needham Heights, MA 02494

Lenox-Martell, Inc.
89 Heath St
Jamaica Plain, MA 02130

Liberty Mutual Insurance
PO Box 2051
Keene, NH 03431

Martignetti Companies
975 University Ave
Norwood, MA 02062

MASS. D.O.R.
PO BOX 7089
Boston, MA 02204

Michienzie & Sawin, LLC
745 Boylston Street
Boston, MA 02116

NATIONAL GRID
PO BOX 11737
Newark, NJ 07101

Original Gourmet Creations, Inc.
15 Garfiled Ave
Somerville, MA 02145

Quality Pest Control
880 Moody Street
Waltham, MA 02453

R&A Realty Trust and Ralph P. Amelia
1 Lisa Lane
Waltham, MA 02452

Sysco
1390 Enclave Parkway
Houston, TX 77077

The Hartford
PO Box 660916
Dallas, TX 75266

Twinbrook Insurance Brokerage, Inc.
400A Franklin Street
Braintree, MA 02184

Waste Management
1001 Fannin Street
Houston, TX 77002

## United States Bankruptcy Court
### District of Massachusetts

| | | |
|---|---|---|
| In re   **Amino, LLC** | Case No. | **16-12670** |
| Debtor(s) | Chapter | **7** |

# BUSINESS INCOME AND EXPENSES

**FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS**  (NOTE: ONLY INCLUDE information directly related to the business operation.)

**PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:**

1. Gross Income For 12 Months Prior to Filing:     $     **-5,498.55**

**PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:**

2. Gross Monthly Income     $     **-8,303.59**

**PART C - ESTIMATED FUTURE MONTHLY EXPENSES:**

| | | |
|---|---|---|
| 3. Net Employee Payroll (Other Than Debtor) | $ | **15,089.42** |
| 4. Payroll Taxes | | **0.00** |
| 5. Unemployment Taxes | | **0.00** |
| 6. Worker's Compensation | | **0.00** |
| 7. Other Taxes | | **2,302.50** |
| 8. Inventory Purchases (Including raw materials) | | **14,921.84** |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | | **0.00** |
| 10. Rent (Other than debtor's principal residence) | | **10,274.00** |
| 11. Utilities | | **2,611.66** |
| 12. Office Expenses and Supplies | | **145.14** |
| 13. Repairs and Maintenance | | **1,023.51** |
| 14. Vehicle Expenses | | **0.00** |
| 15. Travel and Entertainment | | **0.00** |
| 16. Equipment Rental and Leases | | **0.00** |
| 17. Legal/Accounting/Other Professional Fees | | **2,022.54** |
| 18. Insurance | | **1,396.06** |
| 19. Employee Benefits (e.g., pension, medical, etc.) | | **0.00** |

20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

| DESCRIPTION | TOTAL |
|---|---|
| | |

21. Other (Specify):

| DESCRIPTION | TOTAL |
|---|---|
| **Marketing** | **928.55** |

22. Total Monthly Expenses (Add items 3-21)     $     **50,715.22**

**PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:**

23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2)     $     **-59,018.81**