UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| AMINO, LLC, | )   CHAPTER 7 |
| | )   CASE NO. 16-12670-FJB |
| Debtor | ) |

**CERTIFICATE OF SERVICE**

I, Mark G. DeGiacomo, hereby certify that on the 28th day of October, 2016, I served copies of the following: *(i) Motion by Chapter 7 Trustee for Authority to Sell Certain Assets by Private Sale Free and Clear of All Liens, Claims and Encumbrances; and (ii) Notice of Intended Private Sale of Assets Free and Clear of All Liens, Claims and Encumbrances*, via first-class mail, postage prepaid or by electronic mail upon the parties listed on the attached Service List.

/s/ Anthony R. Leone
Mark G. DeGiacomo, Esq. BBO #118170
Anthony R. Leone, Esq. BBO #681760)
Murtha Cullina LLP
99 High Street
Boston, MA  02110
617-457-4000 Telephone
617-482-3868 Facsimile
mdegiacomo@murthalaw.com
aleone@murthalaw.com

John Fitzgerald, Asst. U.S. Trustee*
Office of the US Trustee
J.W. McCormack P.O. & Courthouse
5 Post Office Sq., 10th Fl, Suite 1000
Boston, MA  02109

Amino, LLC
469 Moody Street
Waltham, MA  02453

David C. Crossley, Esq.*
Crossley Law Offices
448 Concord Street
Framingham, MA 01702

Richard C. Demerle, Esq.*
Michienzie & Sawin LLC
745 Boylston Street
Boston, MA 02116

A. Russo & Sons, Inc.
560 Pleasant Street
Watertown, MA 02472

Alba Market & Bakery
248 Moody St
Waltham, MA 02453

Aziza Gaydos
c/o Amino LLC
469 Moody Street
Waltham, MA 02453

Brelundi
16 Felton St
Waltham, MA 02453

Cambridge Packing Company, Inc.
41 Foodmart Rd
Boston, MA 02118

Coca-Cola Enterprises, Inc.
95 Pleasant Valley Pkwy
Providence, RI 02908

COMCAST
P.O. Box 1577
Newark, NJ 07101

DirectTV
ATTN: Bankruptcies
P.O. Box 6550
Greenwood Village, CO 80155-6550

EVERSOURCE
P.O. Box 660369
Dallas, TX 75266

Falvey Linen
88 Tolland Street
East Hartford, CT 06108

Hannaford Bros.
145 Pleasant Hill Rd
Scarborough, ME 04074

Citibank
P.O. Box 790034
St. Louis, MO 63179-0034

John Accardi & Sons, Inc.
85 Commercial St
Medford, MA 02155

Law Office of Enzo Finelli
200 Highland Avenue, Suite 306
Needham Heights, MA 02494

Lenox-Martell, Inc.
89 Heath St
Jamaica Plain, MA 02130

Liberty Mutual Insurance
P.O. Box 2051
Keene, NH 03431

Martignetti Companies
975 University Ave
Norwood, MA 02062

MASS. D.O.R.
P.O. Box 7089
Boston, MA 02204

Michienzie & Sawin, LLC
745 Boylston Street
Boston, MA 02116

NATIONAL GRID
P.O. Box 11737
Newark, NJ 07101

Packard Paper
124 Turnpike St
West Bridgewater, MA 02379

Quality Pest Control
880 Moody Street
Waltham, MA 02453

R&A Realty Trust and Ralph P. Amelia
1 Lisa Lane
Waltham, MA 02452

7529361v1

Restaurant Depot
1524 132nd St
College Point, NY 11356

Sysco
1390 Enclave Parkway
Houston, TX 77077

The Hartford
P.O. Box 660916
Dallas, TX 75266

Twinbrook Insurance Brokerage, Inc.
400A Franklin Street
Braintree, MA 02184

Waste Management
1001 Fannin Street
Houston, TX 77002

Worldpay
600 Morgan Falls Road
Atlanta, GA 30350

AECOM
66 Long Wharf
Boston, AM 02110-3608

American Express
P.O. Box 1270
Newark, NJ 07101-1270

Anheuser-Busch,LLC/Budweiser
One Busch Place
Saint Louis, MO 63118-1852

Burke Distributing Company
89 Teed Drive
Randolph, MA 02368-4201

Original Gourmet Creations, Inc.
15 Garfield Avenue
Somerville, MA 02145-2104

***served via ECF transmission**

**The following were served with Notice of Intended Sale only:**

Automotive Resources International
Global Headquarters
4001 Leadenhall Road
Mt. Laurel, NJ. 08054

Steve Bennett
Wayside Terrace LLC
P.O. Box 5569
Sherman Oaks, CA  91413

Richard Cohn
Cohn, Thompson and Associates
863 Hope Street
Providence, RI 02906

Richard Zilm
Zilm Investments
6762 E. 25th Place
Tulsa, OK 74129

Michael Taylor
Cedarcrest
Arsenal Station
P.O. Box 830669
San Antonio, TX 78283

Gary E. Hollifield
Morganford Holding LLC
PO Box 23335
Jacksonville, FL 32241

Steve Blonder
32 Henderson Street
Needham, MA 02492

Eric Linn
Oak Point Partners
PO Box 8338
Rolling Meadows, IL 60008

Steven Mitnick, Esq.
SM Financial Services
PO Box 429
Frenchtown, NJ 08825

Larry Waslow
Recovery Services Inc.
Four Neshaminy Interplex, Suite 103
Trevose, PA 19053

Leader Financial
Attn: Roy Dawson
PO Box 1165
Addison, Texas 75001

Abdenour Achab
1000 Sibley Street, Apt. 23
Folsom, CA 95630

7529361v1

Joel Zigler
Jomax Ltd
1 Madaket Place
Mashpee, MA 02469

Mark Blanchette, Esq.
Pollis McHoul & Associates
93 Commonwealth Avenue
Attleboro Falls, MA 02763

David Einis
Garrett Construction Co., Inc.
47 Hillcrest Rd.
Weston, MA 02493

Spencer Brant
LHB Ventures, LLC
P.O. Box 460-63
Denver, CO 80201

Jim Reno
Raytrix Asset Recovery
275 Industrial Way
Eatontown, NJ 07701

John Marshall
JM Partners LLC
6800 Paragon Place, Suite 202
Richmond, VA 23230-1656

Samuel Green
GHP Management, LLC
5299 DTC Boulevard, Suite 350
Greenwood Village, CO 80111

Henry C. Ellis, Esq.
41 Harrison Street
Taunton, MA 02780

Dan Flanigan
651 Orchard Ave.
Santa Barbara, CA 93108

Jason Roberts
Notes We Buy LLC
PO Box 1249
San Marcos, TX 78667

Eric Pearson
Cascade Settlement Services
100 Shoreline Highway, Ste. B-125
Mill Valley, CA 94941

Jared Whiter
Judgment Marketplace
352 7th Avenue, Suite #803
New York, NY 10001

Marc Kadis
30 Gray Birch Terrace
Newtonville, MA 02460

Rob Driscoll
107 Hillside St
Milton, MA 02186

Michael Van Dam
Van Dam Law LLP
60 William Street, Suite 300
Wellesley, MA 02481

Jennifer O'Neill
Bankruptcy Exchange, Inc.
2952 Seneca Street
West Seneca, NY 14224

Steve Lynch
74 Industrial Park Drive
Dover, NH 03820

Briana Croce
2952 Seneca Street
West Seneca NY 14224

George Bechakas
Panorama Asset Recovery, LLC
7954 Transit Rd., Suite #144
Williamsville, New York 14221

A. Yoni Miller
Chief Marketing Officer
QuickLiquidity
1001 W. Cypress Creek Rd, Suite 406
Ft. Lauderdale, FL 33309

Erik O. Valderhaug
Vice President and Associate General
Counsel
199 S. Los Robles Ave., Suite 200,
Pasadena, CA  91101

Shane O'Brien
16427 N. Scottsdale Rd, Ste 410
Scottsdale, AZ 85254

Carol Smith
Carol Smith's Asset Sales, LLC
PO Box 13538
Mesa, AZ 85216

J. Michael Issa, Principal
GlassRatner Advisory & Capital Group
LLC
19800 MacArthur Blvd., Suite 820
Irvine, CA 92612

Spencer Brant
LHB Ventures, LLC
P.O. Box 46063
Denver, CO 80201-6063

Gotham Collection Services Corp
Sammy Ahdoot
1 Linden Place Suite 404
Great Neck, NY 11021

George Cunningham
Designated Broker
Cunningham & Associates, Inc.
P.O. Box 67087
Phoenix, AZ 85082

7529361v1

Yoni Miller
500 NE Spanish river Boulevard, #205
Boca Raton, FL 33431

7529361v1